**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:05CR00257-001 SWW

DONALD DAVID SPERRY, JR.

**ORDER**

The above entitled cause came on for hearing on government's motions to revoke the supervised release [docs #63,68,76] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of SIX (6) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant participate in non-residential substance abuse treatment and that defendant be incarcerated in Forrest City, Arkansas.

There will be a term of ONE (1) YEAR supervised release following the term of incarceration with the following special conditions of release:

> Defendant spend NINE (9) MONTHS at City of Faith and
> that defendant shall participate in a substance abuse
> treatment program under the guidance and direction

of the U. S. Probation Office.  Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.  The $100 special penalty assessment is mandatory and reimposed in this case.

IT IS SO ORDERED this 17th day of November 2008.

                                        <u>/s/Susan Webber Wright</u>
                                        United States District Judge